JOSEPH GISSARO v. GROSS & HECHT TRUCKING, INC.

September 5, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANCIS BAKER.

September 5, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM MCMEEKIN.

September 5, 1985.

Petition for certification denied.   (See 204 *N.J.Super.* 496)

STATE OF NEW JERSEY v. GEORGE FRESOLONE.

September 5, 1985.

Petition for certification denied.